In The United States District Court for the Middle District of Commonwealth Pennsylvania

Michael S Smith Jr, Sui Juris
Petitioner

vs

George N Zanic,
Et Al,
Respondent

To be filled in by clerk of court

# 1: CV22-609 / ses

Jury Demand (yes)   No

42: §1983 Civil
Action / Bivens

FILED
WILLIAMSPORT
APR 26 2022
PER _____
DEPUTY CLERK

Petitioner, is Michael S of the Smith family Jr, In propia persona, Sui Juris (Not pro se or colorable) not a corporate fiction/artificial person. Petitioner is a natural person, a aeborn Moorish American National, a Sovereign by birthright, residing in the North american Republic, Not the Corporate United States of America, under Title 28 USC 3002 s)(A). Petitioner is not a 14th Amendment citizen or any other unconstitutional ex post facto slave labels used for identification purposes by local, state, federal government agency's or corporate body politic.

Respondents

Respondent is George N Zanic, who is a Judicial officer in the Huntingdon County court of Common Plea's in the Commonwealth of Pennsylvania, Located at 223 Penn Street, Huntingdon, PA 16652. George N Zanic is a military officer of the British crown, carrying out an oll mission of the bar. The territory George N Zanic, exercises duty's as a Judicial officer is a admiralty/maritime Jurisdiction, Pursuant to the Gold Fringed Flag of war under Title 4 USC chapt 1, 2, and 3, displayed in the Courtroom.

Other Respondent is David G Smith, who is a officer of the court, acting as the District Attorney for the Commonwealth of Pennsylvania, at Huntingdon County court of Common Plea's. David G Smith, office is located at 207 Washington Street

Huntingdon, PA 16652. David G Smith is a Military officer of the Bar Association carrying out an all mission for the British Crown. David G Smith, exercises duties as a District Attorney in the admiralty/maritimes Jurisdiction, Pursuant to the Gold Fringe flag of war under Title 4 chpt 1, 2, and 3, displayed in the courtroom.

The 42 USC §1983 Civil Rights action / Bivens, is brought against Respondents for fifth, Sixth, Seventh and fourteenth Amendment violations including violation of due Process of law, to facilitate a prosecution. Seeking to prosecute Petitioner to deprive of life, liberty, property and equal protection of the law.

The Huntingdon county court of common Pleas, courtrooms display The Gold fringed military flag of war, not the American Republic flag of Peace described in Title 4 USC. The Gold fringed military flag of war enforces the Private, general equity, admiralty/maritime law in courtrooms. Admiralty is a unique Jurisdiction, in that it carries Penalties for civil offenses only. Jurisdiction where military might is employed to private contracts, military courtrooms cannot bring an accused under Such Jurisdiction unless their is a valid international Contract in dispute. Huntingdon County Court of common Pleas disguise the Gold Fringed flag admiralty Jurisdiction as a Statutory Jurisdiction. The courts at Huntingdon county court of common Pleas and the courtrooms of today are under military occupation by Conquering foriegn creditors of the Federal reserve/IMF and it's garrison troops, the British Esquire of the Birch and the Bar Association, under mission Statement. The term mission Statement is a military designator, and any organization with a mission Statment is a military unit. All IS bureaus of the Puerto Rico based Department of treasury, including tobacco and Firearms, all State tax agencies and all Bar Association operate under a mission Statement, which means Esquire, Judges and Attorney's are military officers of the Crown, another front for Federal Reserve/IMF Carrying out war all mission of the bar.

On March 7, [2022], Petitioner filed a motion to waive right to counsel, with the Huntingdon County Court of Common Pleas, Clerk of Court, requesting that appointed counsel Timothy Burns of the Burns Law Firm, located at 104 South Center Street, Suite 315, Ebensburg PA 15931, be relieved as Court appointed counsel due to a Conflict of Interest, as Timothy Burns was appointed by the Commonwealth of Pennsylvania Court of Common Pleas, officer's of the Court, it agents or employee's and a Contract or agreement exist between Timothy Burns and the Corporate Commonwealth of Pennsylvania, Court of Common Pleas officers of the Court. Timothy Burns is also a Esquire, Attorney under the Same Bar Association, all other officer's of the Court whom carry out over all mission of the Bar. On March 24, 2022, Petitioner was denied the right to waive right to counsel, leaving Petitioner Due Process of law, as to be Re Presented by Timothy Burns is a Conflict of Interest and due to this fact, denies petitioner a fair, impartial or unbiased hearing, a direct violation of due Process of law. Petitioner asserted a motion to waive right to counsel and verbally on March 24 2022, that he chose to waive Right to counsel, that he exercises his Sui Juris Status.

On March 24, 2022, Petitioner, verbally addressed the officers of the Court, "Judge and District Attorney, that the Court must prove on/for the record of the administration agency and all administrative proceeding's, Proof of Jurisdiction over the subject matter and over Petitioner. Petitioner was Charged with Contempt of Court for allegedsely Interrupting a Proceeding. In order for George N Zanic, order to be Valid, Judge George N Zanic and officer of the Court District Attorney, must have Jurisdiction over Petitioner. To have Jurisdiction over Petitioner and the Subject matter, a Valid Contract must exist between the officers of the Court and the Commonwealth of Pennsylvania. Because the Court of Common Pleas of Huntingdon County, is a admiralty Jurisdiction, it must have a International contract in dispute to have Jurisdiction and subject matter Jurisdiction over Petitioner. Petitioner has filed two Jurisdiction challenges as far back as 2021 and In 2022, which the officers of the Court has yet to file a answer and prove on Record of the administrative agency "Court", denying Petitioner due Process of law.

Petitioner is a (non Domestic) (non Resident) of the United States code of Laws of a General and Permant Character, In Force Title 22, Chapter 2 Section 141. Doe the Petitioner Does not have a Valid International Contract in dispute with the United States of America (corporate) or the STATE OF COMMONWEALTH OF PENNSYLVANIA, which is required to Subject an accused to the courts of admiralty Jurisdiction.

unconstitutional act, deprives a accused of Due process of law. Namely the Petitioner.

Jeffery N Zona and David G Smith, are both officers of the Court, both have a interest in a action brought by a fiction, a corporation "The Commonwealth of Pennsylvania COMMONWEALTH OF PENNSYLVANIA, against a natural Person. The COMMONWEALTH OF PENNSYLVANIA is the officers of the courts employer, creating a conflict of interest between Judge and Prosecutor against Petitioner.

Officers of the Court are facilitating a Prosecution against Petitioner, were the action filed against Petitioner is unconstitutional, as The Commonwealth, COMMONWEALTH OF PENNSYLVANIA is not a Proper Plaintiff who could bring a civil action to a admiralty Jurisdiction against a natural Person in violation of one's life, liberty or property without due process of law, and equal protection of Law. The action cannot be in the common law because a crime in law requires a Corpus delecti, that is to say, the body of the crime or an injured Party. A corporation cannot be the body of the crime of an injured Party because it is artificial, a fiction. All cases in law, equity, admiralty or maritime are now classified as civil action. It deprives the Petitioner due process of law to Subject his liberty to a Judgment of a court and prosecution by a officer of a court without a valid contract in dispute.

Officers of the Court are deceitfully and fraudently useing methods to procure unlaw Jurisdiction over Petitioner. Officers of the Court is useing ALL CAP letters, the nom legis of the Petitioners natural name. Petitioner is not a corporate fiction/artificial person and has not consented to such use of All CAP letters or the Private property name Michael S of the Smith family Jr. This is a unconstitutional act and fraud upon the said officers of the court.

...titioner Michael S Smith and MICHAEL S SMITH are two Separate Identities. Petitioner is a natural person who is being tried for prosecution and MICHAEL S SMITH is a fiction/artificial person/corporation created by officers of the court in order to subject the natural person, namely the petitioner, to the admiralty jurisdiction. This is fraud and technically a misidentification. Fraud upon the officers of the court deprives one, accused of due process of law, and subjects the court to loss of subject matter jurisdiction. See Freedman Brothers Furniture v Dept of Revenue 109 ILL 2d 202, 486 N.E. 2d 893 (1985) and In Re Village of Willowbrook 37 ILL App 3d 393 (1962).

Petitioner is not engaged in commerce or any franchise with the Corporate UNITED STATES of AMERICA or the Corporate STATE OF COMMONWEALTH OF PENNSYLVANIA.

The Officers of the Court are deceitfully and fraudulently advancing the Corporate COMMONWEALTH OF PENNSYLVANIA as parole to procure interests in a accused once prosecuted. The U.S Government and STATES are Incorporated as a for-profit commercial enterprise in the Legislative act of February 21, 1871, forty-first Congress session III, chapter-62, page 419.

The Franchise, Birth and/or Trust Certificate cannot be construed as a Contract between the Petitioner and a natural Person and the Corporate COMMONWEALTH OF PENNSYLVANIA which the Respondents, officers of the Court represent as employees, agents, officers etc. of the Corporate UNITED STATES OF America.

The Franchise, Birth and/or Trust Certificate was created and offered fraudulently and deceitfully and used in the Courts as a means of Identification to document a birth, and for health reasons and purposes, the true nature of the Birth Certificate is a unrevealed commercial agreement, an unconscionable collusion Contract, absent Petitioner's Signature, with an agency of the federal Corporate UNITED STATES, the Department, the true nature of the Date of Birth is to execute the Birth of the Certificate not the natural Person.

The Birth Certificate is to be deemed forfeited when the County Recorder, a subsidiary of the Secretary of State, sent to the Bureau of Census, a division of the department of Commerce, placing the name on the Birth Certificate in Commerce as a legal person (e.g. corporate trust) distinct and separate from the natural person. The Secretary of the States issues and charters corporations and franchises, that any American citizen with a Birth Certificate is liable to the Franchise Tax Board of the State Department of Revenue for income taxes and the Federal Corporate United States for it's debt obligations to the Federal Reserve bank. This Trust Instrument has been used to deceive myself into an unrevealed contract attempting to place Petitioner under the Jurisdiction of the Federal United States with it's tax and regulating authority, originating from the Department of Commerce Does not to the authority of the Constitution for the United States of America (1789) and under the Jurisdiction of the equity, admiralty/maritime jurisdictions of the Federal court System and the Uniform commercial code (UCC) of 1964.

I, Michael S of the Smith family Jr, Sui Juris Reserve my Substantive Right and constitutional Right, Secured Rights and Immunities to not be compelled to perform under any contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally.

The Respondents, Officers of the Court is using unconstitutional Slave labels, from Local, State and Federal Police Identification records, and is attempting to create a colorable persona under colorable law by applying the ex post facto unconstitutional slave labels and the ALL CAP Name to facilitate a Prosecution.

The ALL CAP NAME is Foreign to the U.S. and the States. It is a Immune under the Foreign Immunities Act because it is a Creditor. In 28 USC 1330 et Al (FSIA), Foreign State means foreign estate.

Petitioner is a natural person outside the Federal admiralty territory, within non military occupied private estate, not a enemy of the State under the trading with the enemy act of 1933, The Powers of War Act, The emergency Banking Relief Act of 1873, The Debt Relief Act of 1793, I am not a Volunteer, Subject to the Jurisdiction Statute codes

and Registration's with Special Exclusive Rights in equity.

I, michael S of the Smith family Jr, having been identified by local, State, federal identification records, unconstitutional State labels, (violation of International law, U.S. constitutional Article 1 Section 9 Clause 3 and Section 10, Treaty, U.S. Supreme court authority, U.S. Code and Court Rules)... by the United States Society of North America Republic, Huntingdon County court court of Common Plea's officers of the court "Judge and District Attorney, Pennsylvania State Police, under the created colorable, word ships all CAPS name and unlawful, unconsented use of the Private property name of the natural person, hereby refute the fraud and Declare my true Proper Personal Status in Propia Persona, Sui Juris, natural person, a Sovereign by birthrights of the Continental North America Republic. I, michael S of the Smith family Jr am a Moorish American National being deprived of Immunities under the Foreign Immunities act and 14th Amendment Immunities, I, Sui Juris am a Indigenous bound to the North America Continent by heritage, by Primogeniture, by Birthright, by Natural Birth by Inheritance, do claim all absolute Un-a-lain-able Fundamental Rights, Privileges, Immunities and Protections as guaranteed protected, Secured by the original Parent Compact (organic), The Constitution for the United States of America (1787) as amended (1791) by the Bill of Rights Articles I through X, The Declaration of Human Rights § 1 through 32.

As all government entities and alleged Private Corporations must be a creature of the American Constitution, Judge George N Zanic and District Attorney David G Smith Officers of the Bar Association for the Huntingdon County Court of Common Plea's of the COMMONWEALTH OF PENNSYLVANIA upon the Jurisdiction Challenge filed per Petition and verbally questioned on March 24 2022 in the Courtroom, have failed to Provide for the record, the Physical Documented Delegation of Authority as Proof of Jurisdiction as required by law as per Article III §1 of the United States Constitution. Failure to Provide this Proof, deprives Petitioner of due Process of law, Subjecting Petitioner to Proceedings without Proof of Jurisdiction and consent.

it deprives Petitioner of Due Process of law, when a court lacks Jurisdiction and Subject matter Jurisdiction. When Jurisdiction is challenged and proof does not appear on the record. This is a Due Process of Law violation.

The court of Huntingdon county court of common Pleas, trial court lacks the authority to oversee cases in State Court, because their is no criminal code in the 1968 Pennsylvania Constitution. The Commonwealth are insolvent entities and have lost their authority to initiate Criminal or Civil Actions. The Pennsylvania Constitution of 1968 and all Pennsylvania Law's, Statutes, Crime codes and Rules of Court and Procedure are null and void as the Pennsylvania constitution of 1968 violates Article IV §3 clause 1 of the United States Constitution.

In 1933, the United States went off the Gold Standard and instead Pledged the Strawman of it's Citizens as collateral for the Country's National Debt. The Strawman is the fictious Person of a natural person. Meaning a split-personality. The Strawman is used as Secure Interest in property, live humans also known as estates "citizens" via Slave under 14th Amendment. Once courts prosecute persons, they create and exploite prisoners using unregulated Commerce using the (UCC) to acquire and procure interest in property. I am not a estate of the ward of the State or the Federal United States. I am not engaged in commerce with the COMMONWEALTH OF PENNSYLVANIA

Officers of the Court, namely Respondents have used the methods herein described to coerce I Michael S of the Smith family Jr, In Propia Persona Sui Juris, into the admiralty Jurisdiction, disguising it as a Statutory Jurisdiction. to facillitate a Prosecution to deprive Petitioner of life, liberty, Property without due Process of law.

In the violation of Due Process of law, as described herein and lack of Jurisdiction and Subject matter Jurisdiction, Judge George N Zanic Contempt of court order is a void Judgment, and all future Proceedings would further violate Petitioner of Due Process of law and case Docket No CR-524-2020 must be dismissed by the authority of the United States District court.

David G Smith has failed to prosecute within 365 day's of case being filed and must be dismissed Accordingly Pursant to unlawful Statutory code Rule 600 and Rule 3 of Federal Rules of Civil Procedure. However regardless, The Huntingdon County court of Common Pleas, officers of the Court have no authority to pursue matters in a criminal admiralty Jurisdiction Pursuant to the facts herein

The United States District Courts have the authority over State courts officers of the Court, when perpetrating civil Rights Violation's, The herein mentioned officers of the Court are Federal officials under-criminally law, and are Subject to the penalties when violating U.S. Constitutional laws.

I, Michael S of the Smith family, In propia persona, Sui Juris request this honorable court to Issue an order for officers of the court to Vacate and Dismiss case Docket No CR-524-2020, I, Sui Juris request the court to Issue a order for VOID Judgment for lack of Jurisdiction, in the contempt order filed against Petitioner, Petitioner should never been subject to the recording Jurisdiction of the court, Petitioner Request $10,000.00 for misuse and fraudulent use of the natural person name to facilitate a prosecution and $5000.00 for each violation of his Due Process of Law Rights.

I, Michael S of the Smith family, Jr, In propia persona, Sui Juris (without prejudice or colorable) hereby certify under the Pains and Penalty of Perjury pursuant to 28 U.S.C. 1746 and 18 U.S.C.S. 4904, The facts and information set forth herein are true correct to the best of my knowledge and are not meant to mislead.

Michael S Smith, Sui Juris
Franklin County Prison
1804 Opportunity Ave
Chambersburg, PA
17201

Name Michael Smith DH-31-00336
Franklin County Jail
1804 Opportunity Avenue
Chambersburg, PA 17201

HARRISBURG PA 171
21 APR 2022 PM 3 L

U.S. District Court
Middle District of PA
U.S. Courthouse, Ste 218
240 W. Third St.
Williamsport, PA 17701-6460

17701-646059